388 P.3d 49

**MAKILA LAND CO., LLC, Plaintiff–Appellee,**

v.

**John Paul KAPU and Jonah Keʻeaumoku Kapu, Defendants–Appellants, and Heirs or Assigns of Kua (K), Kainoa (W), also known as Kainoa Kikue Olala (W), and Samuel Hiku Kahala; Victoria Q. White; Kalani Kapu, and all whom it may concern, Defendants–Appellees**

NO. CAAP–12–0000547

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi,
October 21, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT (CIVIL NO. 09–1–0397(1))

## MEMORANDUM OPINION

Vacated. Remand.